FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

07 MAR 16 AM 9:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR
### VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

**FELONY**

**07-096**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET | SECT. F MAG. 1 |
| v. | * | SECTION: | |
| STEVEN BAILEY | * | VIOLATIONS: | 21 U.S.C. 841(a)(1) |
| | | | 21 U.S.C. 841(b)(1)(B) |
| | * | | 21 U.S.C. 841(b)(1)(C) |
| | | | 21 U.S.C. 841(b)(1)(D) |
| | * * * | | |

The Grand Jury charges that:

### COUNT 1

On or about December 15, 2005, in the Eastern District of Louisiana, the defendant, **STEVEN BAILEY**, did knowingly and intentionally distribute a quantity of 3,4 - methylenedioxymethamphetamine ("MDMA"), a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about January 24, 2006, in the Eastern District of Louisiana, the defendant, **STEVEN BAILEY**, did knowingly and intentionally distribute a quantity of 3,4 -

___ Fee _USA_
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

methylenedioxymethamphetamine ("MDMA"), a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about January 25, 2006, in the Eastern District of Louisiana, the defendant, **STEVEN BAILEY**, did knowingly and intentionally distribute a quantity of 3,4 - methylenedioxymethamphetamine ("MDMA"), a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about June 7, 2006, in the Eastern District of Louisiana, the defendant, **STEVEN BAILEY**, did knowingly and intentionally distribute a quantity of 3,4 - methylenedioxymethamphetamine ("MDMA"), a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about February 9, 2006, in the Eastern District of Louisiana, the defendant, **STEVEN BAILEY**, did knowingly and intentionally possess with the intent to distribute five (5) grams or more of cocaine base ("crack"), a Schedule II controlled substance, and a quantity of 3,4 - methylenedioxymethamphetamine ("MDMA"), and a quantity of marijuana, both Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),(C) and (D).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1, 2, 3, 4, and 5 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1, 2, 3, 4, and 5, the defendant, **STEVEN BAILEY**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts 1, 2, 3, 4, and 5 of this indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JAMES B. LETTEN
UNITED STATES ATTORNEY

_____
JAN MASELLI MANN
First Assistant United States Attorney
Chief, Criminal Division

_____
KEVIN G. BOITMANN
Assistant United States Attorney

New Orleans, Louisiana
March 15, 2007

FORM OBD-34
APR. 91

No._____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__
__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

*STEVEN BAILEY*

## INDICTMENT

### INDICTMENT FOR VIOLATIONS OF
### THE FEDERAL CONTROLLED SUBSTANCE ACT

VIOLATIONS:  21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §841(b)(1)(D)

*A true bill.*

_____
*Foreman*

Filed in open court this _____ day, of _____ A.D. 2007.

_____
*Clerk*

Bail, $ _____

_____
KEVIN G. BOITMANN, Assistant United States Attorney